IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION


FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 11:06 am, Oct 05, 2020

KAI HUANG,

    Petitioner,

v.

WARDEN TRACY JOHNS,

    Respondent.

CIVIL ACTION NO.: 5:20-cv-19

## O R D E R

This matter is before the Court on Respondent's Motion to Strike Petitioner Kai Huang's ("Huang") motion for summary judgment.  Doc. 23.  The Court hereby **ORDERS** Huang to file a response to this Motion within 14 days of this Order.  The Court cautions Huang his failure to respond to this Order will result in the dismissal of his 28 U.S.C. § 2241 Petition without prejudice based on his failure to respond to an Order of this Court.  In addition, the Court reminds Huang of his obligation to notify the Court, in writing, of any change in address.  Doc. 5 at 2.  Huang's failure to do so will also result on the dismissal of his Petition for failure to follow this Court's Orders.

**SO ORDERED**, this 5th day of October, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA