

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:05 pm, Dec 03, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| KAI HUANG, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-19 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 25. Petitioner Kai Huang ("Huang") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Huang's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, and **DENIES as moot** Respondent's Motion to Strike and Motion to Dismiss, as well as Huang's Motion for Summary Judgment. Dkt. Nos. 1, 11, 16, 23. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and

enter the appropriate judgment of dismissal and **DENIES** Huang *in forma pauperis* status on appeal.

**SO ORDERED**, this ___3___ day of ___December___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA